Moultrie v. State

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
William Splawn, Petitioner,
v.
State of South Carolina,
Respondent.
 
 
 

Appeal from Spartanburg County
Larry R. Patterson, Circuit Court Judge

ON WRIT OF CERTIORARI

Memorandum Opinion No. 2006-MO-033
Submitted September 20, 2006  Filed October 23, 2006 

AFFIRMED

 
 
 
Aileen P. Clare, of South Carolina Commission on Indigent Defense, Division of Appellate Defense, of Columbia, for petitioner.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, and Assistant Attorney General Molly R. Crum, all of Columbia, for respondent.
 
 
 

PER CURIAM:  Affirmed pursuant to Rule 220(b), SCACR, and the following authorities:  Rhodes v. State, 349 S.C. 25, 561 S.E.2d 606 (2002) (to prove counsel was ineffective, applicant must show there is a reasonable probability that, but for counsels errors, the result of the trial would have been different); Direct Appeal Issue 1:  Fernanders v. State, 359 S.C. 130, 597 S.E.2d 787 (2004) (crime of violence); Issue 2:  State v. Lowry, 315 S.C. 396, 434 S.E.2d 272 (1993) (voluntary manslaughter properly submitted as alternative to murder or self-defense).      
TOAL, C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., concur.